United States District Court
Southern District of Texas

**ENTERED**

UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

September 18, 2024

Nathan Ochsner, Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| versus | § | CRIMINAL H-24-99 |
| | § | |
| Cora Chantail Custard, | § | |

## Order for Presentence Investigation and Disclosure & Sentencing Dates

The defendant having been found guilty on count(s) __1__ a presentence report is ordered.

1.  By February 11, 2025, the initial presentence report must be disclosed to counsel (*about 35 days after determination of guilt*).

2.  By February 25, 2025, counsel must object in writing to the facts used and application of the guidelines or state that there is no objection (*14 days after disclosure*).

3.  By March 11, 2025, the probation officer must submit to the judge the final presentence report with an addendum addressing contested issues (*14 days after disclosure*).

4.  Sentencing is set for March 28, 2025 at 1:30 p.m. (*no sooner than 35 days from initial disclosure*).

5.  For counsel to attend interviews with the defendant, counsel must tell the United States Probation Officer immediately; within 5 days, counsel must supplement that oral request with one in writing.

6.  The defendant must go immediately—with a copy of this order—to:

United States Probation Department
Room 2301, 515 Rusk Avenue, Houston
Telephone: (713) 250-5266

If you get this order after 5:00 p.m., report to the Probation Department no later than 10:00 a.m. on the next workday.

Signed September 17, 2024

United States District Judge